IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-30913
Summary Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

VIRGIL A. HARRIS,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 95-CR-60015
- - - - - - - - - -
April 30, 1997

Before SMITH, DUHÉ, and BARKSDALE, Circuit Judges.

PER CURIAM:[1]

Virgil A. Harris appeals from the district court's revocation of his supervised release and imposition of a fourteen-month sentence. He argues that the district court abused its discretion in revoking his supervised release because the decision was not supported by the evidence, the court failed to consider his medical condition as a mitigating circumstance, the court was biased against him, and the sentence imposed was unreasonable. He also

_____

[1] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

contends that he received ineffective assistance of counsel at the revocation hearing. We have reviewed the record and find no reversible error. The district court did not abuse its discretion in revoking Harris's supervised release. See United States v. McCormick, 54 F.3d 214, 219 (5th Cir.), cert. denied, 116 S. Ct. 264 (1995). Further, the record shows that the court implicitly considered Harris's alleged injuries and he has not demonstrated that the court was biased against him in any way. Neither was the fourteen-month sentence imposed in violation of law or plainly unreasonable. See United States v. Rodriguez, 23 F.3d 919, 920 (5th Cir. 1994). Finally, the court declines to address Harris's claim of ineffective assistance of counsel, although without prejudice to Harris's right to raise the issue in a 28 U.S.C. § 2255 motion. Accordingly, the judgment of the district court is AFFIRMED, Appellant's Motion for Summary Judgment is DENIED, and his Motion for Immediate Release is DENIED.